UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE COLBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>MULE CREEK STATE PRISON, Warden,<br><br>   Defendant. | No. 2:14-cv-2319-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file the certified trust account statement in support of his application to proceed in forma pauperis.

Plaintiff's request (ECF No. 6) is granted and plaintiff has 30 days from the date this order is served to submit the certified trust account statement.

So ordered.

Dated:  December 2, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE